NUMBER 13-05-611-CV

 

                                 COURT OF APPEALS

 

                     THIRTEENTH DISTRICT OF TEXAS

 

                         CORPUS CHRISTI - EDINBURG


___________________________________________________________________

 

CITY OF HARLINGEN, ET AL.,                                                      Appellants,

 

                                                             v.

 

ROBERT RAMOS, JR.,                                                                      Appellee.

___________________________________________________________________

 

                            On appeal from the 197th  District Court

                                       of Cameron
County, Texas.

___________________________________________________________________

 

                               MEMORANDUM OPINION

 

                          Before Justices
Rodriguez, Castillo, and Garza

Memorandum Opinion Per Curiam

 








Appellants, CITY OF HARLINGEN, ET AL., perfected an appeal from an order
entered by the 197th District Court of Cameron
County, Texas, in cause number 2005-05-12849-C.  After the record was filed, appellants filed
a motion to dismiss the appeal.  In the
motion, appellants request that this Court dismiss the appeal and that costs be
taxed to the party incurring same.

The Court,
having considered the documents on file and appellants=
motion to dismiss the appeal, is of the opinion that the motion should be
granted.  Appellants=
motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and
filed this

the 10th day
of November, 2005.